This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 210  SSM 20
The People &c.,
            Respondent,
        v.
Ricardo Ricketts,
            Appellant.

            Submitted by Denise A. Corsi, for appellant.
            Submitted by Michael Brenner, for respondent.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules
(22 NYCRR 500.11), order affirmed.  Defendant's sole argument,
concerning whether the trial court followed the proper procedure
for permitting witnesses to testify anonymously, is unpreserved
for our review.  Chief Judge DiFiore and Judges Pigott, Rivera,
Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided September 8, 2016